IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 101 PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:23-cv-00479-FJG |
| CBS PILING SOLUTIONS, INC., | ) ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

COME NOW Plaintiffs' Operating Engineers Local No. 101 Pension Fund, et al (the "Plaintiff Funds"), and hereby move the Court for an Order of Default Judgment against Defendant CBS Piling Solutions, Inc. ("Defendant" or "CBS Piling"). In support of its motion, and as more fully set forth in Plaintiff's Suggestions in Support of this Motion, Plaintiffs state as follows:

1. On July 11, 2023, Plaintiffs filed this action under §§ 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132 and 1145 for monetary damages and equitable relief to remedy Defendant's failure to make appropriate contributions on behalf of its employees to the Plaintiff Funds.

2. Service was effectuated against Defendant's registered agent on July 17, 2023. [Doc. # 6].

3. While Defendant has made partial payment of its delinquency to the Plaintiff Funds since the filing of this lawsuit, outstanding amounts remain due and owing to the Plaintiffs.

4. On May 8, 2024, this Court entered Default against Defendant CBS Piling. [Doc. # 6].

1

5. As more fully set forth in the suggestions in support and affidavits submitted with this motion, Defendant CBS Piling is obligated, via various collective bargaining agreements to which it is signatory, to remit contributions and reports to the Plaintiff Funds on a monthly basis.

6. To date, CBS Piling has failed to remit contributions to the Plaintiff Funds for work performed by its employees in February, March, April, and May 2024.

7. Based on payroll information self-reported by CBS Piling to the Plaintiff Funds, CBS Piling owes $52,161.77 in principal contributions to the Plaintiff Funds for the above-referenced time period. *See* Exhibit 6 (Affidavit of Fund Administrator); *See* Exhibit 7 (Contribution Reports).

8. As more fully set forth in Plaintiffs' Suggestions in Support, under the terms of the CBAs, incorporated trust documents, and under ERISA Section 502(g), 29 U.S.C. § 1132(g), the Plaintiff Funds are entitled to collect interest, liquidated damages, and attorneys' fees in an action to collect delinquent contributions from a signatory contractor.

9. For the current delinquency, and for late payments received for the months of August 2023 through January 2024, CBS Piling owes a total of $12,973.80 in liquidated damages.

10. For the current delinquency, and for late payments received for the months of August 2023 through January 2024, CBS Piling owes a total of $1,783.76 in interest.

11. The Plaintiff Funds have incurred attorneys' fees and costs related to this action in the amount of $8,585.75.

WHEREFORE, due to the Defendant's Default, and pursuant to Fed. R. Civ. P. 55(b), Plaintiffs pray that the Court enter Default Judgment against Defendant CBS Piling and in favor of the Plaintiff Funds in the total amount of $75,505.08, which breaks down as follows:

Principal Contributions (February – May 2024): $52,161.77

| | |
|---|---|
| Liquidated Damages (February – May 2024): | $3,824.26 |
| Liquidated Damages (July 2023 - January 2024): | $9,149.54 |
| Interest (July 2023 - May 2024): | $1,783.76 |
| Attorneys' Fees and Costs: | $8,585.75 |
| **GRAND TOTAL:** | **$75,505.08** |

Plaintiffs further request that the Court order CBS Piling to allow a certified public accountant, selected by the Plaintiffs, to audit CBS Piling's payroll records to determine any additional amounts of delinquent contributions owed by CBS Piling to the Funds for the time period of June 2024 onward, and for all such further relief that the court deems just and proper.

Respectfully Submitted: July 8, 2024

/s/ *Brandon E. Wood*
Brandon E. Wood, MO Bar # 70423
Blake & Uhlig, P.A.
6803 West 64th Street, Suite 300
Overland Park, Kansas 66202
Phone: (913)321-8884
Fax: (913)321-2396
bew@blake-uhlig.com
*Attorney for Plaintiffs*